**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| ESTHER KYLANDER, | ) | |
| | ) | |
| | ) | CAUSE NO. 1:03-CV-01111-SEB-VSS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This Court hereby **GRANTS** the parties' Agreed Motion to Remand and now finds that

the Commissioner's decision should be **REVERSED**, and this case **REMANDED** to the

Commissioner, pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), for

further administrative proceedings.


　　　IT IS SO ORDERED  09/29/2006


_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
Office of the U.S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-2048

J. Frank Hanley II
4249 Lafayette Road
Indianapolis, IN 46254