UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTHER KYLANDER,           ) | |
| ) | CAUSE NO. 1:03-CV-01111-SEB-VSS |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | |
| ) | |
| JO ANNE B. BARNHART,           ) | |
|   COMMISSIONER OF           ) | |
|   SOCIAL SECURITY,           ) | |
| ) | |
| Defendant.           ) | |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED  09/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
Office of the U.S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

J. Frank Hanley II
4249 Lafayette Road
Indianapolis, IN 46254